```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TANYA KEYHANI,                          :
                                        :   CIVIL ACTION
            Plaintiff,                  :   NO. 17-3092
                                        :
      v.                                :
                                        :
THE TRUSTEES OF THE UNIVERSITY          :
OF PENNSYLVANIA,                        :
                                        :
            Defendant.                  :
```

## **O R D E R**

**AND NOW** this **21st** day of **June, 2019,** upon consideration of Defendant's motion for summary judgment (ECF No. 24), and the response and reply thereto (ECF Nos. 29 & 32), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the motion is **GRANTED**.

   **AND IT IS SO ORDERED.**


                            */s/ Eduardo C. Robreno*
                            *EDUARDO C. ROBRENO,    J.*